# United States Court of Appeals
## For the First Circuit

Nos. 06-1626, 07-1258

BRANDON S. BLAIR et al.,

Plaintiffs, Appellants,

v.

CITY OF WORCESTER et al.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on April 8, 2008, is amended as follows:

On the cover sheet, replace "Andrew J. Cambaccini" with "Andrew J. Gambaccini"